ROBERT H. JOHNSON (SBN 048067)
KELLIE M. MURPHY (SBN 189500)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for VENUETECH MANAGEMENT GROUP, L.L.C.

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>    Plaintiff<br><br>v.<br><br>CITY OF VACAVILLE, VENUETECH MANAGEMENT GROUP, L.L.C.,<br><br>    Defendants. | Case No. CIV.S-04-0885 FCD GGH<br><br>**STIPULATION TO EXTEND SETTLEMENT CONFERENCE, PRETRIAL CONFERENCE AND TRIAL DATES** |

TO THE CLERK OF THE COURT:

IT IS STIPULATED by and between all parties, through their respective counsel, and with the Court's permission, that the dates set forth in the Status (Pre-Trial Scheduling) Order be changed as follows:

**Settlement Conference**:   **April 25, 2006**, at **9:00 a.m.**.

**Pretrial Conference**:   **June 9, 2006**, at **3:30 p.m.**, with Statement due June 2, 2006; and

**Trial**:   **August 22, 2006**, at **9:00 a.m.**

IT IS FURTHER STIPULATED AND AGREED TO HEREIN that all discovery and/or law and motion cutoffs be continued as well and reset in accordance with the new trial date referred to herein above.

///

///

1 **IT IS SO STIPULATED.**

2

3 Date:                                   By:   SIGNATURE PAGE ATTACHED
                                                THOMAS N. STEWART, III

4                                                 Attorneys for Plaintiff,
                                                  BYRON CHAPMAN

5

6 Date:                                   BETRAND FOX ELLIOT & COLWELL

7

8                                                By:   SIGNATURE PAGE ATTACHED
                                                EUGENE B. ELLIOT

9                                                 Attorneys for Defendant,
                                                CITY OF VACAVILLE

10

11 Date:   3/9/06                      JOHNSON SCHACHTER & LEWIS
                                                A Professional Law Corporation

12

13

14                                                 By:       /S/
                                                KELLIE M. MURPHY

15                                                Attorneys for Defendant.
                                                VENUETECH MANAGEMENT
                                                GROUP, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**STIPULATION TO EXTEND SETTLEMENT CONFERENCE, PRETRIAL CONFERENCE AND TRIAL DATES**

# ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, AND BY PRIOR ARRANGEMENT WITH THE COURT, IT IS ORDERED that the dates set forth in this Court's previous Status (Pre-Trial Scheduling) order are amended as follows:

1. Jury Trial date: **August 22, 2006** at **9:00 a.m.**;
2. Final Pre-Trial Conference: **June 9, 2006** at **3:30 p.m.**;
3. Joint Pre-Trial Conference Statement: **June 2, 2006**; and
4. Settlement Conference: **April 25, 2006** at **9:00 a.m.** before Magistrate Judge Gregory G. Hollows. The parties shall submit to the chambers of Magistrate Judge Hollows confidential settlement conference statements seven (7) calendar days before the settlement conference in accordance with Local Rule 16-270.

**IT IS SO ORDERED.**

Date: March 13, 2006

/s/ Frank C. Damrell Jr.
Judge of the United States District Court
Eastern District of California