IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

      Plaintiff,                      No. CIV S-04-0885 FCD GGH

      vs.

CITY OF VACAVILLE, et al.,

      Defendants.                <u>ORDER</u>

_____/

        On May 31, 2006, the parties met in settlement conference, and an agreement to resolve the case as between all parties was made subject to final resolution by the City Council of Vacaville. The tentative agreement was placed on the record. Mr. Elliot and the Vacaville representative intend to recommend the settlement to the City at the next Council meeting on or about June 13, 2006.

        Because final approval by the City appears likely, and because the parties reasonably do not wish to expend further sums and time in preparation for the pretrial conference, the court will not require adherence to previously scheduled dates pending settlement final approval. Therefore, in anticipation of final approval, all dates previously scheduled in this case are vacated.

/////

1

1  The parties shall inform the court forthwith after the City Council has acted upon
2  the tentative agreement.
3  Again anticipating final approval by the City, the parties consented on the record
4  to the jurisdiction of Magistrate Judge Hollows with respect to all follow-up settlement
5  proceedings, including any proceedings related to enforcement of a final settlement.  The consent
6  is approved.
7  IT IS SO ORDERED.
8  DATED: June 2, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

DATED: June 1, 2006.

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:lg
chapman0885.ord